

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00357-CV

**IN THE INTEREST OF L.R.R.** and A.P.R., Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00430
Honorable Linda A. Rodriguez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellant is unable to afford payment of court costs; no costs are taxed in this appeal.

SIGNED December 7, 2022.

_____
Patricia O. Alvarez, Justice